AO 442 (Rev. 3/99) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2007
at 10 o'clock and 00 a M.
SUE BEITIA, CLERK

AUG 06 2004

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

## V.

MAX LEONARD MONROE

## WARRANT FOR ARREST

CASE NUMBER:  Mag. No. 04-558 BMK

To:     The United State Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        MAX LEONARD MONROE

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information      ☐ Complaint      ☐ Order of Court      ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BEING  A FELON IN POSSESSION OF A FIREARM AND AMMUNITION.

in violation of Title 18 United States Code, Section(s)  922(g)(1).

| | |
|---|---|
| BARRY M. KURREN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | August 5, 2004          Honolulu, HI |
| | Date and Location |
| TO BE DETERMINED | United States Magistrate Judge |
| Bail fixed at $ | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED *1-17-06* | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST *1-17-06* | *Colacers Bawa, S/A* | |